IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **4:07CR3110** |
| vs. | | |
| RODNEY A. GLEASON, | | **ORDER** |
| Defendant. | | |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 88), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at the St. Francis treatment center in Grand Island, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the St. Francis facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, he shall immediately report to a law enforcement officer or his supervising officer, and the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall arrive at the St. Francis treatment center by 1:00 p.m. on June 28, 2017. By no later than 10:00 a.m. on June 28, 2017, the Marshal shall release the defendant to the Federal Public Defenders Office for transport to treatment.

4) At the time of defendant's release to treatment, the U.S. Marshal's office shall provide the defendant with a 30-day supply of any currently prescribed medication.

June 22, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge