IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>vs.<br><br>RODNEY A. GLEASON<br><br>      Defendant. | Case No. 4:07CR3110<br><br>Order |

Before the Court is the request for transcript of hearing held on April 9, 2009.

IT IS ORDERED:

1. The request for transcript, filing [92] is granted.

2. Susanne Bales is ordered to pay to the Clerk the amount of $46.75. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $46.75, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 04/09/2009. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

DATED: October 11, 2017

                BY THE COURT:

                *s/ Richard G, Kopf*
                United States Senior District Judge